**Order filed, October 17, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00543-CV

_____

**IN THE MATTER OF THE MARRIAGE OF JEFF SEELY AND JACQUALIN SEELY, Appellant**

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2013-60928**

## ORDER

The reporter's record in this case was due **August 10, 2016**. _See_ Tex. R. App. P. 35.1. On August 17, 2016, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Chelsea Erickson**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are

jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Chelsea Erickson** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM